# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 98 WAL 2016
:
        Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
VAUGHN RICO WRIGHT, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2016, the Application for Leave to Amend is **DENIED.** The Petition for Allowance of Appeal is **DENIED**.